**FILED**

OCT 17 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  SEYFARTH SHAW LLP
   G. Daniel Newland (SBN 087965) dnewland@seyfarth.com
2  Jennifer P. Svanfeldt (SBN 233248) jsvanfeldt@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   ADVENT SOFTWARE, INC.
6

7  LUM SENG (SAM) ANG
   824 Newport Cir.
8  Redwood City, California 94065

9  (650) 595-5384

10 Plaintiff In Propria Persona

11

12              UNITED STATES DISTRICT COURT

13         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16 | LUM SENG (SAM) ANG,              ) Case No. C05 02347 JCS
                                      )
17 |          Plaintiff,               ) **STIPULATION TO EXTEND TIME TO**
                                      ) **FILE A RESPONSIVE PLEADING TO**
18 |     v.                            ) **PLAINTIFF'S COMPLAINT**
                                      )
19 | ADVENT SOFTWARE, INC.             ) [L.R. 6-1(a)]
                                      )
20 |          Defendant.               )
                                      )

---

Stip. to Extend Time to File a Responsive Pldg. to Pltf.'s Complaint; Case No. C05 02347 JCS

1  Pursuant to Local Rule 6-1(a), Plaintiff Lum-Seng Ang ("Plaintiff") and Defendant
2  Advent Software, Inc. ("Defendant") hereby stipulate to extend the time in which Defendant may
3  file its responsive pleading to November 14, 2005.

5  DATED: October 12, 2005                    SEYFARTH SHAW LLP

7                                             By /s/ Jennifer P. Svanfeldt
8                                             Attorneys for Defendant
                                               ADVENT SOFTWARE, INC.

10
11  DATED: October 13, 2005                   By /s/
                                               LUM SENG (SAM) ANG
12                                             In Propria Persona

14  SF1 28221876.1 / 37316-000001

                    10/14/05              IT IS SO ORDERED

                                          /s/
                                          U.S. DISTRICT JUDGE

                                          2
Stip. to Extend Time to File a Responsive Pldg. to Pltf.'s Complaint; Case No. C05 02347 JCS