SEYFARTH SHAW LLP
G. Daniel Newland (SBN 087965) dnewland@seyfarth.com
Jennifer P. Svanfeldt (SBN 233248) jsvanfeldt@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
ADVENT SOFTWARE, INC.

O'KEEFE & O'KEEFE LLP
Garet D. O'Keefe
1341 Francisco Street
Berkeley, California 94702
Telephone: (510) 540-8320
Facsimile: (510) 540-6169

Attorneys for Plaintiff
LUM SENG (SAM) ANG

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUM SENG (SAM) ANG,<br><br>Plaintiff,<br><br>vs.<br><br>ADVENT SOFTWARE, INC.,<br><br>Defendant. | Case No. C 05-02347 MPH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff LUM SENG (SAM) ANG ("Plaintiff") and Defendant ADVENT SOFTWARE, INC. ("Defendant"), through their respective counsel of record that Plaintiff's entire complaint and all claims alleged therein in the above-captioned action are dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

1

Stipulation of Dismissal / Case No. C 05-02347 MPH

1  DATED: December 22, 2005 [January]          SEYFARTH SHAW LLP

3                                              By: _____
                                                    G. Daniel Newland

                                               Attorneys for Defendant
                                               ADVENT SOFTWARE, INC.

6  DATED: December 27, 2005                    O'KEEFE & O'KEEFE LLP

8                                              By: _____
                                                    Garet D. O'Keefe

                                               Attorneys for Plaintiff
                                               LUM SENG (SAM) ANG

                                        **ORDER**

13  IT IS SO ORDER.

14  DATED: January 27, 2006   _____

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

28  SF1 28227239.1 / 37516-000003

2

Stipulation of Dismissal / Case No. C 05-02347 MPH